# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1176

United States of America

Appellee

v.

Dennys Rodriguez

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cr-00170-JFB-1)

_____

**MANDATE**

In accordance with the opinion and judgment of 09/03/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 24, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit